UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD BULLOCK,<br><br>　　　　Defendant. | No. 2:12-cr-00169-MCE-5<br><br><br>**ORDER** |
|---|---|

　　Upon further review, this Court's Order Granting Defendant's Motion for Temporary Release to Attend Funeral Services (ECF No. 205) is RESCINDED, and Defendant's Motion (ECF No. 203) is hereby DENIED .

　　IT IS SO ORDERED.

Dated: December 12, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1