HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
CLIFFORD BULLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>v.  <br>CLIFFORD BULLOCK  <br>  Defendant. | Cr. No. S-12-169 MCE  <br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME  <br><br>Date: January 29, 2015  <br>Time: 9:00 a.m.  <br>Judge: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt and defendant Clifford Bullock, through his attorney of record, Hayes H. Gable III, hereby stipulate and agree as follows:

1. A status conference is currently set for January 29, 2015, at 9:00 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status

- 1 -

conference to February 19, 2015, at 9:00 a.m., and to exclude time between January 29, 2015 and February 19, 2015 under Local Code T4.  Plaintiff does not oppose this request.

       3.  The basis upon which the parties agree to this proposed continuance of the status conference is that counsel for defendant in currently in trial in the case of *United States v. Kuzmenko* et al., case no. 2:11-cr-00210 JAM.

       4.  Based on the above-stated finding, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

       e.       For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from January 29, 2015,to February 19, 2015. , inclusive, is deemed excludable pursuant to 18 U.S.C. § 3151(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

       4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

       **IT IS SO STIPULATED.**

DATED: January 27, 2015       BENJAMIN B. WAGNER
       United States Attorney

       /s/ Jason Hitt
       JASON HITT
       Assistant United States Attorney
       Attorney for Plaintiff United States

DATED: January 27, 2015

/s/ Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant Clifford Bullock

**ORDER**

IT IS SO ORDERED.

Dated:  January 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT